Christopher T. Holland (State Bar No. 164053)
Anne E. Kearns (State Bar No. 183336)
KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
114 Sansome Street, Suite 400
San Francisco, CA 94104
Telephone:   415-249-8330
Facsimile:    415-249-8333
E-Mail:        cholland@kksrr.com

Karen R. Thorland (State Bar No. 172092)
W. Allan Edmiston (State Bar No. 228246)
LOEB & LOEB LLP
10100 Santa Monica Boulevard, Suite 2200
Los Angeles, California 90067-4164
Telephone:   310-282-2000
Facsimile:    310-282-2200
E-Mail:        kthorland@loeb.com
E-Mail:        aedmiston@loeb.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| COLUMBIA PICTURES FILM PRODUCTION ASIA LIMITED, a Hong Kong corporation,<br><br>Plaintiff,<br><br>vs.<br><br>GAIL PERRY,<br><br>Defendant. | Case No. 2:06-cv-01056-MCE-KJM<br><br>**ORDER AND STIPULATION TO FURTHER EXTEND DEFENDANT'S TIME TO RESPOND TO COMPLAINT FOR COPYRIGHT INFRINGEMENT AND TO EXTEND THE TIME FOR THE PARTIES TO FULFILL THEIR RULE 26(f) OBLIGATIONS AND TO FILE A JOINT STATUS REPORT** |

**Loeb & Loeb**
A Limited Liability Partnership
Including Professional
Corporations

LA1561248.1
20568710323
07/26/2006 lm

STIPULATION RE EXTENSION OF TIME TO
RESPOND TO COMPLAINT FOR COPYRIGHT
INFRINGEMENT

This stipulation, entered into by and between plaintiff Columbia Pictures Film Production Asia Limited ("Plaintiff") on the one hand, and defendant Gail Perry ("Defendant") on the other hand (collectively, the "Parties"), is based upon the following facts:

1. On May 11, 2006, Plaintiff filed the Complaint in this action;

2. Defendant was personally served with the summons and Complaint on June 1, 2006 (erroneously stated as June 2, 2006, in the Parties' Stipulation Re Extension Of Time To Respond To Complaint For Copyright Infringement (the "First Stipulation");

3. Defendant's deadline for filing an answer or other response to the Complaint was June 21, 2006;

4. On June 22, 2006, the Parties agreed, pursuant to local rule 6-144(a), Defendant would have until July 21, 2006, to answer or otherwise respond to the Complaint;

5. On July 7, 2006, Plaintiff was notified that Defendant had retained counsel. On July 19, 2006, Defendant's counsel requested an additional extension of time to familiarize himself with the facts related to the case and to prepare an answer or otherwise respond to the Complaint. Plaintiff agreed to extend the deadline until August 10, 2006;

6. In the meantime, the Parties continue to discuss the possibility of settlement of this matter;

7. Pursuant to the Court's May 12, 2006, Order Requiring a Joint Status Report, the Parties are to submit a Joint Status Report on July 31, 2006;

8. Pursuant to local rule 6-144(a), the Parties hereby request that the Court issue an order extending Defendant's time to answer or otherwise respond to the Complaint until August 10, 2006; and

9. The Parties also request that the Court extend the deadline for the Parties to confer pursuant to Rule 26 of the Federal Rules of Civil Procedure and file their joint status report until August 21, 2006.

**BASED UPON THE FOREGOING FACTS, IT IS HEREBY STIPULATED** by and between the parties, as follows:

**Loeb & Loeb**
A Limited Liability Partnership
Including Professional
Corporations

LA1561248.1
20568710323
07/26/2006 lm

2

STIPULATION RE EXTENSION OF TIME TO
RESPOND TO COMPLAINT FOR
DECLARATORY RELIEF

1  Defendant shall have until August 10, 2006, to file an answer or other response to the
2  Complaint; and
3  The Parties shall have until August 21, 2006, to fulfill their Rule 26(f) obligations and file
4  their Joint Status Report.
5  Nothing in this stipulation shall be construed as a waiver or relinquishment of any party's
6  rights, remedies, objections, or defenses herein.  All of Plaintiff's and Defendant's rights,
7  remedies, objections and/or defenses are expressly reserved.

Dated: _____

ANNE E. KEARNS
CHRISTOPHER T. HOLLAND
KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP

KAREN R. THORLAND
W. ALLAN EDMISTON
LOEB & LOEB LLP

By: _____
ANNE E. KEARNS
Attorneys for Plaintiff
COLUMBIA PICTURES FILM PRODUCTION ASIA

Dated: _____

By: _____
DONALD BEURY
Attorneys for Defendant
GAIL PERRY

IT IS SO ORDERED.

Dated:  August 1, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

LA1561248.1
20568710323
07/26/2006 lm

3

STIPULATION RE EXTENSION OF TIME TO
RESPOND TO COMPLAINT FOR
DECLARATORY RELIEF