Christopher T. Holland (State Bar No. 164053)
Anne E. Kearns (State Bar No. 183336)
KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
114 Sansome Street, Suite 400
San Francisco, CA 94104
Telephone:    415-249-8330
Facsimile:    415-249-8333
E-Mail:   cholland@kksrr.com

Karen R. Thorland (State Bar No. 172092)
W. Allan Edmiston (State Bar No. 228246)
LOEB & LOEB LLP
10100 Santa Monica Boulevard, Suite 2200
Los Angeles, California 90067-4164
Telephone:    310-282-2000
Facsimile:    310-282-2200
E-Mail:   kthorland@loeb.com
E-Mail:   aedmiston@loeb.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLUMBIA PICTURES FILM PRODUCTION ASIA LIMITED, a Hong Kong corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>GAIL PERRY,<br><br>    Defendant. | No. 2:06-cv-1056-MCE-KJM<br><br>**ORDER GRANTING STIPULATED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS** |

GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED THAT:

   1.   The deadline for Plaintiff's Opposition to Defendant's Motion to Dismiss shall be and is continued from August 25, 2006, to September 8, 2006.

///

///

**Loeb & Loeb**
A Limited Liability Partnership
Including Professional
Corporations

1     2.    The hearing on this Motion shall be and is continued
2 from September 8, 2006, to September 22, 2006.

4 Dated: August 25, 2006

                                                _____
                                                MORRISON C. ENGLAND, JR.
                                                UNITED STATES DISTRICT JUDGE

**Loeb & Loeb**
A Limited Liability Partnership
Including Professional
Corporations